UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>TONY CUSHINGBERRY (01),  )<br>    A/K/A TONY CUSHINGBERRY-MAYS;  )<br>    *Defendant*.  ) | 1:20-cr-00112-JMS-DML |

## ENTRY FOR JULY 5, 2022

On this date, Defendant Tony Cushingberry (01), appeared in person and by counsel, Sara Varner, Joe Cleary and Dominic Martin for a change of plea hearing. The Government appeared by counsel, Jayson McGrath and Peter Blackett, with its investigative agent Joseph J. DeSt. Jean. The hearing was recorded by Court Reporter, Jean Knepley.

After placing the Defendant under oath, the Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the Defendant's plea of guilty to Count 1 of the Superseding Indictment [58] and the Defendant responded affirmatively. Evidence of a factual basis for the plea was accepted of record. The Court also conducted additional inquiry of the Defendant, and as a result of the information and testimony provided at the hearing the Court was satisfied that:

- the Defendant was fully competent and able to enter an informed plea,
- the Defendant's plea was being made knowingly and voluntarily,
- the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged.

The Court accepted the Plea [71] pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(B). The Court adjudged the Defendant guilty.

Sentencing will be set by separate order. U.S. Probation office shall prepare and file the presentence report. The defendant is remanded to the custody of the U.S. Marshal. The proceedings were adjourned.

Date: 7/5/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
peter.blackett@usdoj.gov

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org

Jayson W. McGrath
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jayson.mcgrath@usdoj.gov

Sara Varner
INDIANA FEDERAL COMMUNITY DEFENDERS
sara.varner@fd.org